**Phillip HUDSON, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74540.**

Missouri Court of Appeals, Western District.

June 11, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 2013.

Jeannie Willibey, Kansas City, MO, for Appellant.

Richard Starnes, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., KAREN KING MITCHELL, and ANTHONY REX GABBERT, JJ.

**ORDER**

PER CURIAM:

Phillip Hudson, Jr. appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).